

Rec # 40126

8

# STATE OF MICHIGAN
# IN THE 14-B DISTRICT COURT

**STATE OF MICHIGAN, TOWNSHIP OF YPSILANTI,**
**OFFICER SCHRIEBER ID# 1449,**

        Plaintiff,          And     Case ID: 2022-22S4114254-ST

## DECLARATION OF REPATRIATION

V.

**John Howard Bigham III, Sui Juris,**

Indigenous American National is "With

Reservation of ALL RIGHTS this Indigenous

American is **Not** to be **compelled to Accept Any**

**Unrevealed benefits, contracts or commercial**

Agreements, nor subject to any **unrevealed presumptions**

Or Silent Judicial Notices." See 28 USC sec. 1746

And MCLA 440. 1-207, 1-308, 103.6

Case: 2:22-mc-51503
Judge: Goldsmith, Mark A.
MJ: Patti, Anthony P.
Filed: 09-28-2022 At 04:05 PM
REM STATE OF MICHIGAN V JOHN BIGHAM ET AL (SS)

        Respondent/ Creditor,

_____/

## DECLARATION OF REPATRIATION

I, **Bigham: John-Howard III, American National**, do declare I am a **Natural Person** as defined in **Blacks law Dic. 4th edition** ask this honorable court to **Suspend all Cost and Fees MCR 2.002 (A)** associated with the above matter and cause of action. (see) **15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.**

        Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States

Whereas the rights of Repatriation is a nature and inherent right of all people, indispensable to the enjoyment of the **rights of life, liberty,** and the **pursuit of happiness;** and whereas in the recognition

POOR QUALITY ORIGINAL

of this principle this government has freely received emigrants from all nations, and invested them with the right of citizenship; and whereas it is claimed that such **American citizens**, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Thereof.

Be it enacted by the **Senator** and the **House of Representatives** of the **United States of American in Congress assembled**, that any **declaration, instruction, opinion, order, or decision**, of any officers of this government which **denies., restricts, impairs** or **questions** the **rights of Repatriation**, is hereby declared **inconsistent** with the fundamental principles of this government.

## DECLARATION OF REPATRIATION

FROM: Bigham: John-Howard III,
   P.O.Box 131611

   Ann Arbori, Michigan, 48113

**GREETINGS TO ALL PUBLIC OFFICIALS:**

I,Bigham: John-Howard III, being of sound mind, of legal age, a natural born person, and an inhabitant of **Washtenaw County** within the exterior boundaries of the **State of Michigan Republic Territory**, do solemnly make this Declaration of change in legal Status and therefore, forego all the **benefits, privileges,** and **immunities** afforded U.S. citizens and Residents by the corporate government of the **UNITED STATES, STATE OF MICHIGAN, TOWNSHIP OF YPSILANTI**. I reserve all my **Unalienable Rights** afforded under the **Declaration of Independence**, the **Bill of Rights**, the **Organic Constitution for the United States of America**. Also, I reserve the inherent right to **contract** with the corporate governments to the extent that my **Legal Status** is not altered in any manner. The specific intent of this **Declaration** is that of **Repatriation** from the Corporation known as, **The United States dba United States of America** and

**U.S.** My legal Status is that of a **Natural born American Citizen** and **my allegiance** is to the **De Jure Organic** United States of America, **A Republic,** and being Alien to the Corporate government with its **Gold Fringed Flag.**

I further Declare that I was born a **free America Citizen** within the **Territory** of the **State of Michigan Republic,** and my status was changed due to torts by the corporate government. **For example:** I am being **classified** as a **African-American, Black, Negro or Colored Person** within the **Corporate state of Michigan** which **Disenfranchises** me as a **U.S.A. Citizen.** (See: **Uniform Law Citation #724138-RACE).**

That, I, **Bigham, John-Howard III** the Declarant herein, in the name of the Almighty Creator, by My **Declaration of Independence,** solemnly **Publish** and **Declare My Political Choice, Will, and Intent.** The Declarant herein, **ab initio,** do **expatriate absolute,** estates, and all my property in trust to the **foreign jurisdiction** known as the **Municipal Corporation** of the **District of Columbia, a/k/a United States, a/k/a State of MICHIGAN a/k/a TOWNSHIP OF YPSILANTI,** a democracy and its laws and are not, and explicitly refuse to be, **chattel property** and citizens of the United States.

The Declarant herein, have **Returned** and **Repatriates** as **Citizens/Nationals** of the **[Michigan] state republic,** and as **American Citizens of the Republic of the united states of America** and under their Laws, with all My estates and properties, real and personal, tangible and intangible, and barring none, formerly held in trust with the socialistic **United States, a/k/a the District of Columbia** and its instrumentalities for the general **Welfare** and benefit of all citizens of the United States within the **14th amendment communal public trust.**

The Declarants herein, freely choose and pledge My **allegiance** to the Republic of the **united states of America** and not to the **municipal corporation** called **United States, a/k/a District of Columbia,** and its instrumentalities.

3

That, I, Bigham: John-Howard III, the Declarant herein, refuse to be in rebellion, and do not and will not commit treason, against the Republic of the united states of America and will not support enemies of said Republics by voting for Officers and Representatives of the de facto United States and its instrumentalities, a foreign corporation with regards to Michigan state, a republic.

The Declarants herein, state that any and all past and present political ties implied by operation of law or otherwise in trust with the democracy, a/k/a the United States, a/k/a the District of Columbia, and its instrumentalities, are hereby severed, rescinded, dissolved, cancelled, and terminated for FRAUD AND FAILURE OF FAIR CONSIDERATION, and all benefits, including but not limited to, benefits of enfranchisement from any country, including the United States, a/k/a District of Columbia, its agents, agencies, and instrumentalities, are severed, forfeited, rejected, waived, declined, cancelled and not accepted, ab initio and Nunc pro tunc.

The Declarants herein, have full power to contract and establish commerce as guaranteed by the Constitution and the First Ten Articles in Amendment, a/k/the Bill of Rights, to the Constitution for The united states of America, of 1789 A.D. as amended in 1791 A.D., establishing a Republic.

That Colonist Scheme was a serious tort on the American people. The details of agreement were not made available to the people that entered the program. Such practice vitiates any agreements made. This Declaration is made pursuant to 15 Statutes-at-Large 249, 1868, and shall be considered accepted within the doctrine of estoppel by acquiescence, thirty (30) days from the date of presentation by U.S. Mail or hand delivered.

Signed: _John Bigham III_     Dated: 9-27-22

Notary: _Clarence Russell_

CLARENCE RUSSELL
Notary Public - State of Michigan
County of Wayne
My Commission Expires Apr 22, 2025
Acting in the County of Washtenaw

Dated this 27 September, 2022

4

# STATE OF MICHIGAN
# IN THE 14-B DISTRICT COURT

**STATE OF MICHIGAN, TOWNSHIP OF YPSILANTI,**
**OFFICER SCHRIEBER ID# 1449,**

        Plaintiff,                      Case ID: 2022-22S4114254-ST

## DECLARATION OF REPATRIATION

V.

**John Howard Bigham III, Sui Juris,**

Indigenous American National is "With

**Reservation of ALL RIGHTS** this Indigenous Moorish-

American is **Not to be compelled to Accept Any**

Unrevealed benefits, contracts or commercial

Agreements, nor subject to any unrevealed presumptions

Or Silent Judicial Notices." See 28 USC sec. 1746

And MCLA 440. 1-207, 1-308, 103.6

        Respondent/ Creditor,
_____/

## BRIEF IN SUPPORT OF AFFIDAVIT TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW COME, Bigham: John- Howard,** and moves this court to **dismiss** an action that was proceeded against his private person that took place on or about **September 12, 2022.** Defendant request is pursuant to **M.C.R. 2.504** for the following district court case rulings and **Supreme Court cases.**

## STATE LAW CASE

(See **PEOPLE OF THE STATE V. ANTHONY CHINN, SEPT. 20, 2016, argued before the Honorable Adrianne Hinnent Johnson. SP6501801 & SP6501811**).

**Also see TOM BARROW V. CITY OF DETROIT ELECTION COMMISSION, JUNE 8, 2013, NO: 316695 Wayne County Circuit Court LC: 13-007068-AW**, which is consistent with both **Michigan** and **Federal law. Justice Stephens P.J.** concurring in part that the **Residency Requirements** are **Unconstitutional** and the **Right to travel** from **state to state** and from **County** to **County** is a fundamental right that cannot be **INFRINGED** upon.

## FEDERAL LAW FREEDOM OF MOVEMENT

**Freedom of movement under United States law is governed primarily by the** Privileges and Immunities Clause **of the** United States Constitution **which states, "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States." As far back as the** circuit court **ruling in** Corfield v. Corvell, 6 Fed. Cas. 546 **(1823),** freedom of movement **has been judicially recognized as a fundamental Constitutional right. In** Paul v. Virginia, 75 U.S. 168 (1869), **the Court defined freedom of movement as "right of free ingress into other States, and egress from them." However, the** Supreme Court **did not invest the federal government with the authority to protect freedom of movement. Under the "privileges and immunities" clause, this authority was given to the states, a position the Court held consistently through the years in cases such as** Ward v. Maryland, 79 U.S. 418 (1871), **the** Slaughter-House Cases, 83 U.S. 36 (1873) **and** United States v. Harris, 106 U.S. 629 (1883)

6

"The right of the **Citizen to travel** upon the **public highways** and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." ***Thompson v. Smith, 154 SE 579, 11 American Jurisprudence, Constitutional Law, section 329, page 1135.***

***Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784*** "... the right of the citizen to drive on a public street with freedom from police interference... is a fundamental constitutional right" ***-White, 97 Cal.App.3d.141, 158 Cal.Rptr. 562, 566-67 (1979)*** "citizens have a right to drive upon the public streets of the **CITY OF DETROIT** or any other city absent a constitutionally sound reason for limiting their access."

***In Caneisha Mills v. D.C. 2009*** "The use of the automobile as a necessary adjunct to the **earning of a livelihood** in modern life requires us in the interest of realism to conclude that the RIGHT to use an automobile on the public highways partakes of the nature of a liberty within the meaning of the **Constitutional guarantees**..."

Respondent contends that, "**Every Citizen** has an inalienable Right to make use of the **public highways** of the state, every Citizen has **full freedom** to travel from **place to place** in the enjoyment of **life and liberty**." ***People v. Nothaus, 147 Colo. 210.*** No State government entity has the power to allow or deny passage on the highways, byways, nor waterways...

Respondent also contends that, "Traffic infractions are not a crime" (see *People v. Battle, 50 Cal. App. Supp.3d 1,).* "Persons faced with an Unconstitutional licensing law which purports to require a license as a prerequisite to exercise of right... may ignore the law and engage with impunity in exercise of such rights. *See Shuttlesworth v. Birmingham 394 U.S. 147(1969).*

Respondent Contends that these charges is an attempt to identify me as as a Michigander/citizen depriving me of my **Personal Human Growth** is clearly **Breaching** the **Contractual Agreement** that I have made with the "**State of Michigan.**"

Commercial Vehicles must have a license to do business on roadways; they are bound by the need to earn a living thru commerce. Personal Coach or **Automobile or Machine**, is an "**Inalienable Right**" that cannot be taken away from a "**Free Indigenous American Citizen** of the **North and Northwestern Territories.**" This instance has been **Ruled** on in "**STARE DECISIS**' *United States v Guest, 383 U.S. 745(1996).*

My inference to the **Genuine Emancipation** of a **U.S. State citizen** who by "**Good Faith**", accept as otherwise provided in **Article 5**, means Honesty in the fact and the observance of reasonable commercial standards of their dealing, is a **Proclaimed U.S.A. Citizen** thru **Copyright** and Jurisdiction established thru **United States of America Republic**

The above statements are true and correct to the best of my information, knowledge and belief. So help me GOD!!

By: _____
Bigham: John-Howard III
MICHIGAN TERRITORY, U.S.A.

receive mail at: P.O. Box 131611
Ann Arbor, Michigan
[48113]

8